No. 95–5635.   HOCK *v.* SINGLETARY, SECRETARY, FLORIDA DE-
PARTMENT OF CORRECTIONS.   C. A. 11th Cir.   Certiorari denied.

No. 95–5645.   STERLING *v.* SCOTT, DIRECTOR, TEXAS DEPART-
MENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.   C. A.
5th Cir.   Certiorari denied.

No. 95–5671.   ELLIOTT *v.* UNITED STATES.   C. A. 2d Cir.   Cer-
tiorari denied.

No. 95–5801.   HUNT *v.* DEPARTMENT OF THE ARMY.   C. A.
Fed. Cir.   Certiorari denied.

No. 95–5852.   REED *v.* TEXAS.   Ct. Crim. App. Tex.   Certio-
rari denied.

No. 95–5862.   GOUR *v.* UNITED STATES.   C. A. 11th Cir.   Cer-
tiorari denied.

No. 95–5873.   MAY ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 3d
App. Dist.   Certiorari denied.

No. 95–5904.   GHAZALEH *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 95–5929.   JENKINS *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 95–5994.   CANAN *v.* UNITED STATES.   C. A. 6th Cir.
Certiorari denied.

No. 95–6028.   GOMEZ-VILLA *v.* UNITED STATES.   C. A. 11th
Cir.   Certiorari denied.

No. 95–6059.   FLORES *v.* TEXAS.   Ct. Crim. App. Tex.   Cer-
tiorari denied.

No. 95–6097.   SCALES *v.* LOUISIANA.   Sup. Ct. La.   Certiorari
denied.

No. 95–6098.   ST. PIERRE *v.* ILLINOIS.   Sup. Ct. Ill.   Certio-
rari denied.

No. 95–6127.   WALTERS *v.* ALLSTATE INSURANCE CO.   C. A.
7th Cir.   Certiorari denied.